**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-23323-HUCK/Becerra**

**CAROLYN MARTIN et al.,**

   *Plaintiffs*,

**v.**

**HCA-IT&S FIELD OPERATIONS, INC.,**

   *Defendant*.

_____/



CLOSED CIVIL CASE

## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice [ECF No. 74], filed on October 26, 2023. The Court having reviewed the record and being otherwise duly advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion **[ECF No. 74]** is **GRANTED**;

2. This action is **DISMISSED WITH PREJUDICE**. All pending motions are thus **DENIED AS MOOT.** The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, on October 27, 2023.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record